1    **WO**            IN THE UNITED STATES DISTRICT COURT

2                        FOR THE DISTRICT OF ARIZONA

3

4    United States of America,          )

5                    Plaintiff,         )        10-3133m-03
                                        )
6              v.                       )
                                        )
7    Faustino Chavez-Angulo,            )        ORDER OF DETENTION
                                        )
8                    Defendant.         )
     _____)

9

10          In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing

     has not been held.  The defendant submitted the matter to the Court.

11          The Court incorporates and adopts by reference the assessment of

12   nonappearance/danger findings of the Pretrial Services Agency which were reviewed

13   by the Court at the time of the hearing in this matter.

14          Defendant does not dispute the information contained in the Pretrial Services

15   Report

16          The Court concludes, by a preponderance of the evidence, that defendant is a

17   flight risk and requires detention pending trial.

18          The Court also concludes, by clear and convincing evidence that defendant is a

19   danger to others and the community and requires detention pending trial.

20          No condition or combination of conditions will reasonably assure the appearance

21   of  defendant as required or reasonably assure the safety of others and the community.

22          IT IS THEREFORE ORDERED that defendant be detained pending further

23   proceedings. 18 U.S.C. §3143; Rules  32.1(a)(1) and 46(c), Federal Rules of Criminal

24   Procedure.

25          DATED this 20th day of April, 2010.

26

27

28                                    _____
                                            Edward C. Voss
                                       United States Magistrate Judge